IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-514-JLK-MEH**

**MARY TERESA ALLEN,**

    Plaintiff,

v.

**BHS HOME APPLIANCES CORPORATION,**

    Defendant.

## ORDER STAYING PROCEEDINGS PENDING ARBITRATION

Kane, J.

THIS MATTER, having come before the Court on the parties' Joint Stipulation and Motion to Stay Proceedings Pending Arbitration (doc. #22), filed August 3, 2010, and the Court having reviewed the file and being fully advised in the premises,

HEREBY ORDERS that the proceedings in this case shall be **STAYED** pending arbitration and that the Court shall retain jurisdiction over the parties pending the outcome of the binding arbitration in this matter.

Dated: August 4, 2010

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court