## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00514-JLK-MEH

MARY TERESA ALLEN,

    Plaintiff,

v.

BSH HOME APPLIANCES CORPORATION,

    Defendant.

## ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

THE Stipulated Motion for Dismissal with Prejudice (doc. #29), submitted by the parties on April 13, 2011 is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**, the parties to pay their own attorneys fees and costs.

DATED this 13th day of April, 2011

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court